UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN JOSE ARREDONDO, III, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-44 |
| | § | |
| ECOLAB INC.; dba NALCO ENERGY SERVICES LP, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the March 31, 2015 Order of United States District Judge Nelva Gonzales Ramos, Defendant is directed to file a supplemental motion for summary judgment more clearly articulating its argument regarding whether Plaintiff suffered from a serious medical condition protected by the FMLA no later than **April 7, 2015**. If Defendant files a supplemental motion for summary judgment, Plaintiff shall file a response no later than **April 15, 2015**. The parties shall address only this one issue. Further, all pleadings shall be limited to ten (10) pages, not including exhibits. All deadlines and settings remain in effect.

ORDERED this 31st day of March, 2015.

Jason B. Libby
United States Magistrate Judge